UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.P.D.A. et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY et al.,<br><br>    Defendants. | Case No. 2:23-cv-02549-SB-BFM<br><br>FINAL JUDGMENT |

    Based on Plaintiffs' decision not to reallege in the First Amended Complaint their claims against Defendant Scott Prendergast, who was improperly joined in state court, and for the reasons stated in the separate order granting Defendant Union Pacific Railroad Company's motion for summary judgment entered this day, it is ORDERED AND ADJUDGED that Defendant Scott Prendergast is DISMISSED as improperly joined and that Plaintiffs' claims against Defendant Union Pacific Railroad Company are DISMISSED on the merits with prejudice.

    This is a final judgment.

Date: October 20, 2023

                                                        Stanley Blumenfeld, Jr.
                                                  United States District Judge